

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFFS
ex rel. FRANCES SMITH, and
FRANCES SMITH, individually

v.     CASE NO. 1:18-CV-00007-BSM

PREFERRED FAMILY HEALTHCARE     DEFENDANT

## ORDER UNDER SEAL

Pursuant to the False Claims Act, 31 U.S.C. section 3730(b)(4)(B), the United States has elected to intervene in part of this suit and has declined to intervene in part.

IT IS ORDERED therefore that:

1. The complaint be unsealed and served upon the defendant by the relator;

2. The United States's notice of election to intervene in part and declining to intervene in part be unsealed;

3. All other contents of the Court's file remain under seal and not be made public or served upon the defendant, except for this order and the government's notice of election to intervene in part, which the relator will serve upon the defendant only after service of the complaint;

4. The seal be lifted as to all other matters occurring in this case after today;

5. The parties will serve all pleadings upon the United States, as provided in 31 U.S.C. section 3730(c)(3);

6. The parties will serve all notices of appeal upon the United States;

7. The relator may maintain the declined portion of the suit in the name of the United States; and that

8. Should the relator or the defendant propose that the non-intervened part of this suit be dismissed, settled, or otherwise discontinued, written consent shall be solicited from the United States before a ruling is issued or approval granted.

IT IS SO ORDERED, this 13th day of October, 2020.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE