IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**UNITED STATES OF AMERICA**     **PLAINTIFF**
**ex. rel. FRANCES SMITH**

**v.**     **CASE NO. 1:18-CV-00007-BSM**

**PREFERRED FAMILY HEALTHCARE**     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE